UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-315-T-23JSS

DARIO FELIZ

**MOTION BY THE UNITED STATES FOR DOWNWARD
DEPARTURE OF DEFENDANT'S SENTENCE BASED
UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a two-level reduction in the defendant's total offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG § 5K1.1. The defendant provided truthful and timely information to the United States. This information substantially assisted the United States in the resolution of the instant case.

The United States recommends, because of his efforts on behalf of the United States, a two-level reduction in his total offense level.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's

motion for downward departure of defendant's sentence.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney


By:    */s/ Joseph K. Ruddy*
       JOSEPH K. RUDDY
       Assistant United States Attorney
       United States Attorney No. 037
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:  (813) 274-6000
       Facsimile:  (813) 274-6178
       E-mail:     joseph.ruddy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

David C. Hardy, Esq.

/s/ Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6178
E-mail:       joseph.ruddy@usdoj.gov